United States Bankruptcy Court
District of Puerto Rico

IN RE:                                              Case No. 08-3084

**COLON ROCHE, PABLO**                   Chapter 13
                 Debtor(s)

## AMENDED CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☒ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____        ☒ AMENDED PLAN DATED. **1/21/2010**
☐ PRE ☒ POST-CONFIRMATION        Filed by: ☒ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

| $ | | | |
|---|---|---|---|
| $ 250.00 x 17 = | $ 4,250.00 |
| $ 403.00 x 43 = | $ 17,329.00 |
| $    x    = | $ |
| $    x    = | $ |
| $    x    = | $ |

TOTAL: $ **21,579.00**

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:
☐ Sale of Property identified as follows:
_____
_____
☐ Other:
_____

Periodic Payments to be made other than, and in addition to the above:
$ ____ x ____ = $ ____

PROPOSED BASE: $ **21,579.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,674.00**
350.00 pcu

Signed: **/s/ /S/ PABLO COLON ROCHE**
         Debtor

Joint Debtor _____

Attorney for Debtor **Bufete Santiago & Gonzalez**      Phone: **(787) 267-2205**

AMENDED CHAPTER 13 PAYMENT PLAN

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ ____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☒ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☒ Trustee pays secured ARREARS:
Cr. **BANCO SANTANDER**    Cr. _____    Cr. _____
# **9819193**    # _____    # _____
$ **12,465.07**    $ _____    $ _____
2. ☒ Trustee pays IN FULL Secured Claims:
Cr. **TOYOTA CREDIT**    Cr. _____    Cr. _____
# **0400036177**    # _____    # _____
$ **5,492.64**    $ _____    $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____    Cr. _____    Cr. _____
# _____    # _____    # _____
$ _____    $ _____    $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____

5. ☐ Other:
_____

6. ☒ Debtor otherwise maintains regular payments directly to:
**BANCO SANTANDER**

C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☒ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
              ☐ Paid 100% / ☐ Other: _____
Cr. _____    Cr. _____    Cr. _____
# _____    # _____    # _____
$ _____    $ _____    $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecureds, etc.)*
**See Continuation Sheet**

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE COLON ROCHE, PABLO                                      Case No. 08-3084
                              Debtor(s)

## AMENDED CHAPTER 13 PAYMENT PLAN
Continuation Sheet - Page 2 of 2

1) INSURANCE TO BE PROVIDED TO SECURED CREDITOR
TOYOTA FINANCIAL SERVICES ESTIMATED AMOUNT $ 1,292.00.

2) ADEQUATE PROTECTION PAYMENT OF $ 100.00 MONTHLY FOR
   SIX MONTHS

3) ATTORNEYS FEES TO BE PAID BEFORE SECURED CREDITORS

4) ) FAILURE TO TIMELY OBJECT TO THIS PLAN BY A CREDITOR CONSTITUTES A WAIVER OF THE EQUAL MONTHLY AMOUNT METHOD OF PAYMENT 11 USC 1325 (a)(5)

BANCO SANTANDER
PRE-PETITION $ 2562.94
POST-PETITION $ 5706.73

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only