UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN RE:
PABLO COLON ROCHE

CASE NO. 08-03084-BKT

CHAPTER 13

DEBTOR (S)

## TRUSTEE'S FAVORABLE REPORT
## ON PROPOSED PLAN MODIFICATION UNDER §1329

TO THE HONORABLE COURT: NOW COMES, José R. Carrión, Chapter 13 Trustee, and very respectfully alleges and prays:

This is the Trustee's position regarding the request, under **11 U.S.C. §1329**, for the confirmation of a Chapter 13 Plan.

Debtor(s)' Income: **Above Mediam / 60 months commitment period.**   Gen Unsecured Pool: **$0.00**

The **LIQUIDATION VALUE** of the estate has been determined in **$0.00**. R2016 STM.**$3,000.00**

**TOTAL ATTORNEYS FEES THRU PLAN: $2,674.00 Fees paid: $2,674.00 Fees Outstanding: $0.00**

With respect to the proposed (amended) Plan dated: **1/21/2010** (Dkt 89). Plan Base: $**21,579.00**

**The Trustee <u>Recommends</u> the <u>confirmation</u> of the proposed (amended) plan as it complies with all the requirements for its confirmation pursuant to 11 U.S.C. §1329 and other related sections of the Bankruptcy Code.**

**Comments:**

**Trustee hereby withdraws his Motion to Dismiss filed on 10/23/09 docket #76.**

**CERTIFICATE OF SERVICE**: The Chapter 13 Trustee herewith certifies that a copy of this motion has been served via first class mail on the same date it is filed to: the DEBTOR(s), and to her/his/their attorney through CM-ECF notification system.

In San Juan, Puerto Rico this 2/5/2010.

/s/ José R. Carrion
/s/ Jose R. Carrion
JOSE R. CARRION
CHAPTER 13 TRUSTEE
PO Box 9023884, San Juan, PR 00902-3884